# Court of Appeals
# of the State of Georgia

ATLANTA,　January 08, 2020

*The Court of Appeals hereby passes the following order:*

**A20A0712.  ROWE v. THE STATE.**

The above-styled case is before this Court on appellant Stephen Arthur Rowe's motion to remand the case to the trial court for the appointment of conflict counsel and to permit Rowe to pursue the issue of ineffective assistance of counsel. The State having no objection to the motion, and it appearing that remand is warranted for the reasons set forth in the motion, this case is hereby REMANDED to the trial court for the appointment of conflict counsel and an evidentiary hearing, if necessary, on Rowe's claims of ineffective assistance of counsel.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,　01/08/2020*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*